**Central Bond & Mortgage Company, plaintiff in error, v. John Roeser, defendant in error. Gen. No. 29,456.**

Motion to vacate and set aside a judgment. Motion granted. Error to the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

Stebbins, Garey, L'Amoreaux & Hurtubise, for plaintiff in error; Earl James Garey, of counsel. Joseph G. Sheldon, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

**Simon P. Merriweather, appellee, v. National Life Insurance Company of United States of America, appellant. Gen. No. 29,498.**

Action to recover indemnity under accident insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed May 11, 1925. Rehearing denied May 25, 1925.

Norman A. Nelson, for appellant; J. B. Boyer, of counsel. Chittick, Blankenship & Baltz, for appellee; C. L. Blankenship, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Bank of United States, appellee, v. B. Munves, appellant. Gen. No. 29,576.**

Action in conversion. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed May 11, 1925.

Julius N. Heldman and William E. Rafferty, for appellant. Schoenbrod & Rosengard, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Irving G. Zazove, appellee, v. The American Law Book Company of New York, appellant. Gen. No. 29,586.**

Attachment proceeding. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed May 11, 1925.

Pennish & Rashbaum, for appellant; F. D. Shobe, of counsel. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.